| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>Michael D. Jay (SBN 223827)<br>mjay@bsfllp.com<br>Bill Ward (SBN 246472)<br>bward@bsfllp.com<br>401 Wilshire Blvd., Ste. 850<br>Santa Monica, CA 90401<br>Telephone: (310) 752-2400<br>Facsimile: (310) 752-2490<br><br>*Attorneys for Defendant-Counterclaimant*<br>APPLE INC. | NI, WANG & MASSAND, PLLC<br>Timothy T. Wang<br>twang@nilawfirm.com<br>8140 Walnut Hill Ln., Ste. 500<br>Dallas, TX 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>*Attorneys for Plaintff-Counterclaim Defendant*<br>PORTO TECHNOLOGY CO., LTD. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PORTO TECHNOLOGY CO. LTD.,<br><br>          Plaintiff-Counterclaim Defendant,<br>     v.<br><br>APPLE INC.<br><br>          Defendant-Counterclaimant.<br><br>And Related Counterclaims | Case No. 4:16-cv-01515 (JSW)<br><br>**STIPULATED ORDER OF DISMISSAL** |

1 On this day, Plaintiff Porto Technology Co., Ltd. and Defendant Apple Inc., announce to the Court that they have settled their respective claims for relief asserted in this case, and therefore request dismissal, with prejudice, of all claims for relief asserted against Apple Inc. by Porto Technology Co., Ltd., and dismissal, without prejudice, of all counterclaims for relief against Porto Technology Co., Ltd. by Apple Inc.  The Court, having considered this request, is of the opinion that it should be granted.

2 IT IS THEREFORE ORDERED that all claims for relief asserted against Apple Inc. by Porto Technology Co., Ltd. herein are dismissed, with prejudice, and all counterclaims for relief against Porto Technology Co., Ltd. by Apple Inc. are dismissed without prejudice; and

3 IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: May 25, 2016

_____
United States District Judge

SO STIPULATED:

Dated: May 24, 2016					NI, WANG & MASSAND, PLLC

							By:   /s/ *Timothy T. Wang*
							        Timothy T. Wang

							*Attorneys for Plaintiff-Counterclaim Defendant*
							PORTO TECHNOLOGY CO., LTD.

Dated: May 24, 2016					BOIES, SCHILLER & FLEXNER LLP

							By:   /s/ *Michael D. Jay*
							        Michael D. Jay

							*Attorneys for Defendant-Counterclaimant*
							APPLE INC.

*Pursuant to L.R. 5-1(i), the filer attests that concurrence in the filing of this document has been obtained by all signatories.*